# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                          No. 2:20-cr-00043-JM-01

CORY GENTRY                                                 DEFENDANT

## ORDER

The motion filed by the United States to dismiss the information against Cory Gentry in this matter is GRANTED. (Doc. No. 2) The information in the above referenced case is dismissed without prejudice and the warrant recalled.

IT IS SO ORDERED this 25th day of August, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE